```
1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  LEXI NEGIN, SBN #250376
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   MARCO GUZMAN
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21-MJ-00078-DB |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER TO VACATE DETENTION HEARING** |
| vs. | ) Date: June 3, 2021 |
| MARCO GUZMAN, | ) Time: 2:00pm |
| Defendant. | ) Judge: Jeremy D. Peterson |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Ross Pearson, Assistant United States Attorney, counsel for Plaintiff and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi Negin, counsel for Defendant Marco Guzman, **that the Detention Hearing scheduled for June 3, 2021 may be vacated.**

Defense counsel requires additional time to develop a suitable release plan for defendant. Defendant withdraws his request for a detention hearing. Defendant submits on detention pursuant to 18 U.S.C. §3142 et. al. without prejudice to bring a motion at a future date if a suitable release plan can be proposed.

*Remainder of page intentionally left blank. Signatures immediately to follow.*

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 2, 2021

*/s/ Lexi Negin*
LEXI NEGIN
Assistant Federal Defender
Attorneys for Defendant
MARCO GUZMAN


Date: June 2, 2021

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Ross Pearson*
ROSS PEARSON
Assistant United States Attorney
Attorneys for Plaintiff

**(PROPOSED) O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It is hereby ordered that the detention hearing is vacated. The matter being submitted to the Court, the Court orders that the defendant is hereby ordered detained without prejudice to bring a motion if he has a suitable release plan to propose.

IT IS SO ORDERED.

Dated: June 2, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE